TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2686
     Facsimile: (213) 894-0142
     E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 18-3855 DMG (Ex) |
| Plaintiff, | |
| vs. | **PLAINTIFF'S STATUS REPORT PURSUANT TO JULY 15, 2019 COURT ORDER** |
| APPROXIMATELY $107,539,422.29 IN FUNDS AND SECURITIES, | |
| Defendant. | |
| _____ | |
| THE ASSETS MANAGEMENT IRREVOCABLE TRUST – CO, BY AND THROUGH ITS TRUSTEE | |

1

| | |
|---|---|
| 1 | BRIDGEFORD TRUST COMPANY, LLC; THE ASSETS MANAGEMENT IRREVOCABLE TRUST – JO, BY AND THROUGH ITS TRUSTEE BRIDGEFORD TRUST COMPANY, LLC; THE ASSETS MANAGEMENT IRREVOCABLE TRUST – MO, BY AND THROUGH ITS TRUSTEE BRIDGEFORD TRUST COMPANY, LLC; PROPERTY CARE INSURANCE COMPANY, INC.; AND SURGERY CENTER MANAGEMENT, LLC. |

Claimants.

Pursuant to this Court's July 15, 2019 Order (ECF 36), Plaintiff United States of America (the "government") submits this seventh status report.

While Julian Omidi, who is not a claimant here, has presented collateral procedural and substantive challenges to this action in the context of the related criminal prosecution (*United States v. Omidi, et al.*), no party to this action has given any indication to the government that it believes the stay in this matter should be lifted or that the action should not remain stayed for all purposes pending the resolution of the related criminal action.

During June and July 2021, the Court denied Julian Omidi's motions seeking distribution of seized property for criminal defense expenses and dismissal of the instant civil action on timeliness grounds (Criminal ECF 1084), denying as well his motions for reconsideration (Criminal ECF 1145).

During August 2021, claimant Surgery Center Management LLC ("SCM") (which is also a defendant in *Omidi*) filed various unsuccessful motions in the criminal case seeking to have the government turn over to SCM a portion of the

2

seized assets to pay anticipated fees and costs to defend itself in the criminal case (styled as a "Motion for Return of Property for Attorneys' Fees"). Also in August and September 2021, both SCM and Julian Omidi filed unsuccessful motions to dismiss the criminal action and to suppress evidence.

The criminal trial began September 23, 2021 and is pending as of the date of this status report. The next status report will be filed on or before February 4, 2021.

DATED: October 8, 2021       Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


 /s/ James E. Dochterman
JAMES E. DOCHTERMAN

Assistant United States Attorney

Attorneys for
United States of America