WILLIAM WELDEN, ESQ. (SBN: 117056)
WBWLAW@GMAIL.COM
9663 SANTA MONICA BLVD, NO. 234
BEVERLY HILLS, CALIFORNIA 90210
(310) 947-4633 | TELEPHONE

Attorney for Assets Management Trust – MO,
Assets Management Trust – CO, and Assets
Management Trust - JO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> *vs*. <br><br> APPROXIMATELY $107,539,422.29 IN FUNDS AND SECURITIES <br><br> Defendant. | Case No. 18 CV 3855-DMG <br><br> [*Hon. Dolly M. Gee, District Court Judge*] <br><br> **REQUEST THE COURT DEFER UNTIL AT LEAST FEBRUARY 7, 2022, TO RULE ON MOTION FOR RELEASE OF ADDITIONAL FUNDS** <br><br> Dept.: Courtroom 8C <br> Location: 350 West 1st Street, 8th Floor <br> Los Angeles, CA 90012 <br> Trial: None |

Defendants Assets Management Irrevocable Trust – MO, Assets Management Irrevocable Trust – CO, and Assets Management Irrevocable Trust – JO, submit this request regarding the Motion for return of property for attorney's fees filed by Julian Omidi on November 23, 2021, and Supplemented on December 13, 2021, in the case of *USA v. Julian Omidi*, United States District Court, Central District of California Case No. 17-CR-00661. Dkt. 1507. The Trusts are the owner of the funds, and the Trusts are conducting an investigation and ongoing discussions with various individuals regarding new information discovered after the January 24, 2022, Order granting an extension for

pre-trial motions (dkt. 1641) as to 1) how the funds were dispensed and expended, 2) critical new discovery that has just been released by the government showing serious government malfeasance[1] and failure to comply with discovery obligations in violation of the October 8, 2020, Stipulation and Order (dkts. 49 & 50 in Case No. 18-cv-03855 ("Funds Case")) to which the Trusts are a party in the Funds Case, and 3) the nature of the request for the funds that has been made to the Court.

This information materially affects the pending Motion for Release of Funds and the nature of the requests for release of funds made in that Motion. The Trusts believe that this information which it is now investigating will alter the potential outcome of that proceeding. Because of these serious issues, the Assets Management Irrevocable Trusts request the court defer and hold off making any ruling on the Motion for Release of Additional Funds until at least Monday, February 7, 2022, at which time the Trusts will update and advise the Court concerning their discussions and the outcome of any changes or alterations in the nature of the request which is now before the Court.

This Request is being submitted in the case of *USA v. Approximately $107,539,422.29 in Funds and Securities*, United States District Court, Central District of

---

[1] The Trusts have been advised that the government's recent disclosure is under a protective order. The Trusts are requesting the government to remove the protective order so that the Trusts can examine the documents and provide them to the Court.

The Court's October 8, 2020, Order in the Funds case stated:

"(4) the government states (a) the general volume and nature of the government's discovery has been documented in filings in the case, (b) *the government has already met its discovery deadline* and disclosed its expert witnesses *in accordance with Court order*" (10-8-20 Order Dkt. 50, p. 7, lines 12-15) (emphasis added).

These statements were untrue and a breach of the Order and accompanying Stipulation. The Stipulation which accompanied the October 8, 2020, Order (Dkt. 49), contained the same materially inaccurate and false statement:

"(4) the government states (a) the general volume and nature of the government's discovery has been documented in filings in the case, (b) *the government has already met its discovery deadline* and disclosed its expert witnesses *in accordance with Court order*" (10-8-20 Stipulation, Dkt. 49, p. 7, lines 19-22) (emphasis added).

California Case No. 18-CV-3855, with a copy submitted to the Court in *United State v. Omidi,* United States District Court, Central District of California Case No. 17-CR-00661. This Request is made in good faith and because of the importance of the issues involved. The Trusts appreciate the Court's consideration in this matter.

DATED:  January 31, 2022       WILLIAM WELDEN

  */s/  William Welden*

  _____

  William Welden, Attorney for the Assets Management Trusts

PROOF OF SERVICE (ECF)

I hereby certify that a copy of the foregoing was served on all counsel of record registered for ECF filing via the Court's electronic notification system on this 31st day of January, 2022.

/s/__William Welden_____