```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2686
     Facsimile: (213) 894-0142
     E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>APPROXIMATELY $107,539,422.29 IN FUNDS AND SECURITIES,<br><br>　　　Defendant.<br><br>─────────────────<br><br>THE ASSETS MANAGEMENT IRREVOCABLE TRUST – CO, BY AND THROUGH ITS TRUSTEE | NO. CV 18-3855 DMG (Ex)<br><br>**PLAINTIFF'S STATUS REPORT PURSUANT TO JULY 15, 2019 COURT ORDER** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | BRIDGEFORD TRUST COMPANY, LLC; THE ASSETS MANAGEMENT IRREVOCABLE TRUST – JO, BY AND THROUGH ITS TRUSTEE BRIDGEFORD TRUST COMPANY, LLC; THE ASSETS MANAGEMENT IRREVOCABLE TRUST – MO, BY AND THROUGH ITS TRUSTEE BRIDGEFORD TRUST COMPANY, LLC; PROPERTY CARE INSURANCE COMPANY, INC.; AND SURGERY CENTER MANAGEMENT, LLC.<br><br>          Claimants. |

Pursuant to this Court's July 15, 2019 Order (ECF 36), Plaintiff United States of America (the "government") submits this eighth status report.

While Julian Omidi, who is not a claimant here, has presented collateral procedural and substantive challenges to this action in the context of the related criminal prosecution (*United States v. Omidi, et al.*, CR 17-661(A)-DMG (the "Criminal Case")), no party to this action has given any indication to the government that it believes the stay in this matter should be lifted or that the action should not remain stayed for all purposes pending the resolution of the related criminal action.

On September 21, 2021, the Court impaneled a jury in the Criminal Case against Julian Omidi, Surgery Center Management, LLC, and Mirali Zarrabi.  The trial began the following day and continued for approximately three months until December 16, 2021, when the jury returned a verdict finding Julian Omidi guilty of counts 1-37 and Surgery Center Management guilty of counts 1-31 and 35, and

acquitting Mirali Zarrabi of all counts.  Criminal Case ECF 1578.  Post-trial motions are due February 22, 2022, and sentencing is scheduled for April 6, 2022.  Criminal Case ECF 1561, 1640.

In December 2021, in the Criminal Case, Julian Omidi filed a renewed application seeking distribution of a portion of the seized *res* for criminal defense expenses.  Criminal Case ECF 1547.  Briefing on the application is complete and the matter remains pending.  Nevertheless, on January 31, 2022, William Welden, attorney for Assets Management Trust – MO, Assets Management Trust – CO, and Assets Management Trust – JO, filed a request that the court defer ruling on the motion for release of additional funds until at least February 7, 2022.  ECF 72, Criminal Case ECF 1644.  Mr. Weldon reports in his request that he will provide additional details after February 7, 2022.

The next status report will be filed on or before June 3, 2022.

DATED: February 4, 2022                Respectfully submitted,

                                          TRACY L. WILKISON
                                        United States Attorney
                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        JONATHAN S. GALATZAN
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section

                                        */s/ James E. Dochterman*
                                        JAMES E. DOCHTERMAN
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        United States of America