WILLIAM WELDEN, ESQ. (SBN: 117056)
WBWLAW@GMAIL.COM
9663 SANTA MONICA BLVD, NO. 234
BEVERLY HILLS, CALIFORNIA 90210
(310) 947-4633 | TELEPHONE

Attorney for Assets Management Trust – MO,
Assets Management Trust – CO, and Assets
Management Trust - JO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     *vs*.<br><br>APPROXIMATELY $107,539,422.29 IN FUNDS AND SECURITIES<br><br>             Defendant. | Case No. 18 CV 3855-DMG<br><br>[*Hon. Dolly M. Gee, District Court Judge*]<br><br>**THE ASSETS MANAGEMENT IRREVOCABLE TRUSTS' RESPONSE TO THE GOVERNMENT'S STATUS REPORT; NOTICE OF BREACH**<br><br>Dept.:     Courtroom 8C<br>Location: 350 West 1st Street, 8th Floor<br>               Los Angeles, CA 90012<br>Trial:      None |

In response to the government's status report, pursuant to my February 2, 2022, Report to the Court, the Trusts contacted the government and requested it to produce the same documents the government disclosed to defense Counsel on January 24, 2022, in the case of USA v. Julian Omidi, USDC CDC Case No 17 CR 00661.  Without explanation, the government refused to provide any information. *See* attached correspondence.

My partial investigation has revealed these documents show the government withheld information contrary to the representations it made in the September 24, 2020

Stipulation (dkt. no. 49) and October 8, 2020 Order (dkt. no. 50), where the government asserted it had met all of its discovery obligations, and "the government will provide its full efforts to ensure Julian Omidi's ability to prepare for trial is not impeded." *Id*., ¶14.

The partial investigation has found (1) the documents show the government's key witness, Charles Klasky, made a fabricated claim of a purported terrorist death threat on May 24, 2016, for which the government attributed responsibility to the Trusts' beneficiary, Mr. Julian Omidi; (2) the government knew of the falsity long before trial and presented materially misleading testimony to the grand jury, the jury and this Court; and (3) the government withheld this material information from all parties until after the trial, and the government still refuses to provide it to the Trusts.

The government has materially impeded the Trusts' beneficiary's ability to prepare for trial.  The standard of the government's "full efforts to ensure Julian Omidi's ability to prepare for trial is not impeded" is a contract to which the Trusts, the government and Mr. Omidi are signatories, (dkt. 49, ¶14), which was made part of this Court's Order, (dkt. 50, ¶14), and is a far lesser and more lax standard than *Brady* and due process of law.  The Trusts hereby give Notice of Breach.  This issue will be further investigated.

I contracted the COVID virus as of January 28, 2022.  My condition has significantly deteriorated.  I will continue my investigation as soon as I have recovered.  Respectfully submitted,

DATED:  FEBRUARY 7, 2022        WILLIAM WELDEN

　　　　　　　　　　　　　　　　　　　　 */s/  William Welden*

　　　　　　　　　　　　　　　　　　　　 _____

　　　　　　　　　　　　　　　　　　　　 William Welden, Attorney for the
　　　　　　　　　　　　　　　　　　　　 Assets Management Trusts

# DECLARATION OF WILLIAM WELDEN

I Williams Welden declare and say,

1. I am the attorney of record for the Trusts in this matter.
2. Attached is a true and correct copy of my recent correspondence with the government.

I declare under the penalty of perjury the foregoing is true under the laws of the United States.

Executed this 7th day of February, 2022, at Long Beach, California.

*/s/ William Welden*

_____

William Welden,

 **Gmail**                                                                                                                William Welden <wbwlaw@gmail.com>

### RE: [EXTERNAL] RE: Case No. 18 CV 3855-DMG - US v. $107,539,422.29

**Williams, Kristen (USACAC) 2** <Kristen.Williams@usdoj.gov>                                     Wed, Feb 2, 2022 at 5:35 PM
To: William Welden <wbwlaw@gmail.com>
Cc: "Williams, Kristen (USACAC) 2" <Kristen.Williams@usdoj.gov>, "Moghaddas, Ali (USACAC)" <Ali.Moghaddas@usdoj.gov>, "Lachman, David (USACAC)" <David.Lachman@usdoj.gov>, "Chao, David (USACAC) 1" <David.Chao@usdoj.gov>

Mr. Welden,

We decline to provide those materials.

Thank you,

Kristen A. Williams

Assistant United States Attorney

Deputy Chief, Major Frauds Section

U.S. Attorney's Office, Central District of California

1100 U.S. Courthouse | 312 N. Spring St. | Los Angeles, CA 90012

Office: (213) 894-0526 | Fax: (213) 894-6269

---

**From:** William Welden <wbwlaw@gmail.com>
**Sent:** Wednesday, February 2, 2022 12:47 PM
**To:** Williams, Kristen (USACAC) 2 <kwilliams2@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Case No. 18 CV 3855-DMG - US v. $107,539,422.29

Dear Ms. Williams,

Pursuant to dkt. 72, you have placed under a Protective Order the discovery which you provided to Mr. Omidi's counsel last week regarding Mr. Klasky.

We wish to obtain copies and examine those documents, plus any related materials. We request that you provide us with the documents and lift the Protective Order regarding these documents.  We will redact any personal identifying information.  Thank you in advance.

William Welden

SBN 117056

Phone: 310-947-4633

Email: wbwlaw@gmail.com

LinkedIn:  https://www.linkedin.com/in/william-welden-1ba88724/

Case 2:18-cv-03855-DMG-E Document 74 Filed 02/07/22 Page 5 of 6 Page ID #:719

## PROOF OF SERVICE (ECF)

I hereby certify that a copy of the foregoing was served on all counsel of record registered for ECF filing via the Court's electronic notification system on this 7th day of February, 2022.

/s/   William Welden